UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RBC AIRCRAFT PRODUCTS, INC., <br>    Plaintiff, <br><br>        v. <br><br> PRECISE MACHINING & <br> MANUFACTURING LLC, <br>    Defendant. | No. 3:10CV878 (SRU) |

### ORDER RE: DEFENDANT'S MOTION TO COMPEL

On August 16, 2011, I ordered plaintiff RBC Aircraft Products, Inc. ("RBC") to produce copies of withheld documents for the court to review in-camera. RBC had redacted these documents to protect information they believed fell under attorney-client privilege. Defendant Precise Machining & Manufacturing LLC ("Precise") challenged RBC's claim.  I have reviewed the documents and find that all but one of RBC's redactions protect privileged information. The redactions in documents 1294, 1729, 1730, and 1731-1732 shield communications between RBC and its attorneys. The redaction in document 1503, however, does not. Because the redaction in 1503 does not fall under attorney-client privilege, RBC must disclose the full document to Precise, unless RBC can provide a different reason for withholding the information.

It is so ordered.

Dated at Bridgeport, Connecticut, this 8th day of November 2011.

/s/Stefan Underhill
Stefan R. Underhill
United States District Judge